RECEIVED
05/27/2021
DEBORAH S. HUNT, Clerk

RECEIVED
06/26/2021
DEBORAH S. HUNT, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

Case Number: __21 - 1530__

Case Name: __MELVIN JONES JR  v.  NAPOLI SHKOLNIK, PLLC, et al__

Name: __Melvin Jones Jr. - Disabled Pro Se Appellant/  Plainitff__

Address: __1935 Hosler St. - Flint, Michigan 48503__

City: __FLINT__          State: __MI.__     Zip Code: __48503__

AMENDED →

**PRO SE APPELLANT'S BRIEF**

**Directions:**  Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper,  if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio    45202-3988

1.  Did the District Court incorrectly decide the facts?     ☑Yes     ☐No

If so, what facts?

> I am not sure here.... becuase I think that the District Court incorrectly brought the WRONG LAW and/ or MISAPPLIED/ MISINTERPRETED the LAW... for example as to allowing me to amend the complaint if it failed to state a claim.  And, misapplied that LAW as to GRANTING/ considering my COMMUNICATION - IMPAIRMENT {e.g. which is linked to my drivers licesnse being "medically suspended" [i.e. emails with Mr. Loury].

2.  Do you think the District Court applied the wrong law?     ☑ Yes     ☐ No

If so, what law do you want applied?

> 1.) the wrong law as to "ex-parte" communications with (for example) Honorable Judge Tarnow's Clerk (i.e. when the defendants were ALSO carbon copied; the Law as to AT least considering my 'communication - impairment (e.g. whereby, I admit that I tend to file ALOT of documents, becuase I suffer from [EPISODIC confusion and IMPAIRED CONCONTRATION/ i.e. in 2016 my previous primary doctor (Dr. Arti Subramanian diagonsed me with such DUE TO MY CARDIAC MEDICATIONS side effect upon me for example.  And, the LAW which allows District Court PRo Se Administrator (Richard Loury) to communicate with me via email [e.g. so as to attempt to protect my medical confidential information and such].  ADDITIONALLY SEE THE OUTLINE (A and B attached hereto).

3.  Do you feel that there are any others reasons why the District Court's judgment was wrong?

    ☑ Yes    ☐ No

If so, what are they?

> I believe that the district court WAY TOO HEAVILY relied upon the Judge Battani matter (e.g. Jones, et al v. Michigan Department of Civil Rights et al) as to MY INABILITY to get to the Detrioit District Court (e.g. at the time there was NO ZOOM); and the seriousness of my medical conditions [e.g. I do NOT purposely file so many documents, and I believe that such is linked to me having had TIA - Strokes --- in short, I CANNOT HELP SUCH.

4.  What specific issues do you wish to raise on appeal?

> SEE THE TWO OUTLINES [and] documents attached hereto; and
> a.) By my observation --- I have had more than ONE stroke (e.g. and/ or TIA stroke), and I am prescribed 4 (four) cardiac - medications [e.g. which is ONE more that what I was prescribed in 2017 - 2019.... and such has a SERIOUS [episodic] disabling side effect which renders me such that I tend to have a difficult time communicating/ processing what I what to say.... and this [among my other serious medical conditions] CAUSES to file ALOT of documents.... but I think that such amounts to a COMMINCATION - DISORDER/ Impairment.... which is covered by the LAW as it applies to the Detroit District Court.... and the District Court WRONGLY applied the LAW against me here.... such that my civil lawsuit was wrongly dismissed ...which MANDATES a DENOVO review by the 6th Circuit Court of Appeals;
>
> b.) AND, ...I believe that the attorney defendants [Napoli Law Firm, et al] wrongly abandoned me as a DISABLED - CLIENT (e.g. Whereby I believe that the District COurt wrongly applied the law to such.... in that said attorney defendants CAUSED ME UNDUE PREJUDICE in there actions (e.g. to include the [mis] conduct as to the "BONE SCAN"

5.  What action do you want the Court of Appeals to take in this case?

> 1.) any actions which protects my Michigan State Constitutional Rights, and Federal Rights,
> 2.) ISSUE A "SHOW CAUSE ORDER" to me IF my Appellants Brief NEEDS further explaination.
> 3.) REMAND (e.g. AFTER The 6th Circuit Court of Appeals CONDUCTS a DE NOVO REVIEW.

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the 27th day of _____ (via email) MAY, 2021 .

*26th*

*June*

Signature (Notary not required)

*Melvin Jones JR*

NOTE: See THE TWO (2) additional attachments affixed hereto.

*Melvin Jones JR.*

*PROOF OF SERVICE*

M Gmail                                                      Mel jones jr <meljonesjr@gmail.com>

---

## Melvin Jones Jr.'s Pro Se Appellate-Brief (with attachments) sent to you VIA EMAIL as a courtesy copy of such as to 6th Circuit Appeal # 21 - 1530

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                          Thu, May 27, 2021 at 8:57 PM
To: "Stern, Corey" <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, hunter@napolilaw.com
Cc: mel jones jr <meljonesjr@gmail.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com,
bergf@butzel.com, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, "Cc: Colleen Connors"
<cmcolleen4@gmail.com>, Michigan Attorney General <miag@michigan.gov>, jmcampbell@campbell-trial-lawyers.com,
bush@bsplaw.com, williams@bsplaw.com, "Alaina N." <adevine@campbell-trial-lawyers.com>,
travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com,
perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius
<smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Blessedami97@yahoo.com, mel jones
<meljr777@yahoo.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, ctaylor@jonesday.com, lpgabel@jonesday.com,
melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, tleopold@cohenmilstein.com,
smorrissey@susmangodfrey.com, mpitt@pittlawpc.com, peretz@bgandg.com, pnovak@weitzlux.com,
tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>,
"King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, ted.frank@hlli.org, frank.bednarz@hlli.org, "Stern, Corey"
<cstern@levylaw.com>, "OnLine Complaint, CP" <cp_ocs@michigan.gov>
Bcc: "Mel Jones Jr." <midcenturyatfirst@gmail.com>, mel jones <meljr777@yahoo.com>, Blessedami97@yahoo.com

5-27-2021
To: ALL PARTIES
Please see attached ....Disabled Pro Se
Appellant/ Plaintiff.... Melvin Jones Jr.'s Pro Se
Appellate-Brief (with attachments) sent to you
VIA EMAIL as a courtesy copy of such as to 6th
Circuit Appeal # 21 - 1530.
Thank you.,
/s/
Melvin Jones Jr.

---

**7 attachments**

📄 **Jones Pro Se Appellants Brief in 21 - 1530.pdf**
51K

📄 **Brief 1.pdf**
54K

📄 **brief 2.pdf**
2086K

📄 **brief 3.pdf**
744K

 **brief 5.pdf**
882K

 **brief 6.pdf**
64K

**brief 7.pdf**
260K

5:21-cv-10937-JEL-EAS Documents Can Not Be Filed

RECEIVED
05/27/2021
DEBORAH S. HUNT, Clerk



Mel jones jr <meljonesjr@gmail.com>

## 5:21-cv-10937-JEL-EAS - Documents Can Not Be Filed

1 message

**Richard Loury** <Richard_Loury@mied.uscourts.gov>               Wed, May 26, 2021 at 10:20 AM
To: Mel jones jr <meljonesjr@gmail.com>

Good morning, Mr. Jones.


We received the attached documents through the Temporary Pro Se Document Upload Program.  The documents can not be filed because of the Opinion and Order that was entered by Judge Levy on May 24, 2021.  I have attached a copy of Judge Levy's Opinion and Order to this email.


Best,


Richard Loury

Pro Se Case Administrator

U.S. District Court - Eastern District of Michigan
Direct Phone: (313) 234-5025

Richard_Loury@mied.uscourts.gov


**4 attachments**

**Objection.pdf**
878K

**MotionInLimine.pdf**
744K

**RequestForLeave.pdf**
2069K

**OpinionAndOrder.pdf**
204K

RECEIVED
05/27/2021
DEBORAH S. HUNT, Clerk

*Melvin Jones Jr - Disabled Pro Se Plaintiff*

*1935 Hosler St - Flint, Michigan 48503  ----   Ph #810-962-6225*

*Email: meljonesjr@gmail.com*

*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN*

## CASE # 2:21-cv-10937

## Transferred to Judge Levy

### Jones REQUEST FOR LEAVE to submit the attached documents AS AN "INTERVENOR" for Judge Levy's consideration:

*Melvin Jones Jr,  Plaintiff*

*v.*

*NAPOLI LAWFIRM, attorney Patrick Lanciotti and attorney Hunter and Attorney Corey Stern -- Defendants*

-------------------------------------------------------------------------------------------

*ones REQUEST FOR LEAVE to submit the attached documents AS AN "INTERVENOR" for Judge Levy's consideration:*

*Date: May 25th, 2021 Signed:*

-------------------------------------------------------------

*Pro Se Disabled Plaintiff - Melvin Jones Jr.*

Melvin Jones Jr - Disabled Pro Se Plaintiff

1935 Hosler St - Flint, Michigan 48503   ----   Ph #810-962-6225

Email: meljonesjr@gmail.com


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

## CASE # 2:21-cv-10937

## Transferred to Judge Levy

Disabled Pro Se Plaintiff Jones' OBJECTION to what appears to be attorney Stern, Lanciotti, Hunter and Napoli Lawfirm's Flint Water Crisis LITIGATION - MILL:


Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD, and The State of Michigan, Hamilton Lincoln Law Institute (Cntr. for Class Action Fairness), Dr. Mona Attisha, and Dr.  Lawrence Reynolds, and VEOLIA NORTH ---- Plaintiffs

v.

NAPOLI LAWFIRM, attorney Patrick Lanciotti and attorney Hunter and Attorney Corey Stern -- Defendants

-------------------------------------------------------------------------------------------------

*Disabled Pro Se Plaintiff Jones' OBJECTION to what appears to be attorney Stern, Lanciotti, Hunter and Napoli Lawfirm's Flint Water Crisis LITIGATION - MILL: and*

**Jones' NOTICE of intent to seek [i.e. for the limited purpose of submitting this instant document and my [already filed] MOTION IN LIMINE]  to intervene as an INTERVENOR in "companion" case as to the Flint Water Crisis # 16-cv-10444 (see for example the EMAIL attached hereto, and news article regarding Wells Fargo).**

Here, as best that I can tell as a disabled person ...i.e. With the AID of my informal care-giver {Colleen Connors}... the attorney defendants (Stern, Lanciotti, Hunter and Napoli Lawfirm) are [for lack of a better term] rendering the tragedy of the Flint Water Crisis into a LITIGATION - MILL..... And in so doing,

Said attorney defendants have put their motive [and] the motive of their clients [possibly] at issue here !!!

So.... lets now talk about the "ELEPHANT IN THE LIVING ROOM"

*They [i.e. the named attorney defendants [and] SOME of their clients] have sued:*

*a.) Wells Fargo Bank [AND at least two (2) other banks] for $ 2 Billion dollars,*

*b.) The Federal EPA for [most likely hundreds of millions of dollars],*

*c.) Veolia for hundreds of millions of dollars,*

*d.) LAN Engineering for hundreds of millions of dollars,*

*e.) The City of Flint for millions of dollars,*

*f.) The State of Michigan for $600 millions dollar settlement,*

*g.) And a hospital for millions of dollars.....*

*And now --- they seek to use some sort of METAL DETECTOR to "make-it-rain-money" !!!  So.... the obvious question MUST NOW be asked.... What reasonable and credible ADULT would seek to subject themselves and/ or THEIR CHILD to such <u>POTENTIAL</u> – HARM ????*

*Here.... [sadly] the Court MUST exclude the BONE–SCAN "results" and any proffered "opinions" As to such from the named attorney – defendants {i.e. as best that I, Melvin Jones Jr., can tell to protect ALL plaintiffs {e.g.adults and minor children} in lawsuits related to the Flint Water Crisis, due to:*

**<u>Serious questions as to their {i.e. certain clients of the named attorney defendants  (i.e. Attorney Stern, Lanciotti, Hunter and the Napoli Lawfirm)} motivation to make money, their role in bringing about their injury, and the frequency with which they sue [i.e. literally the multiple lawsuits listed above] is NOW at issue.</u>**

Respectfully submitted,

THANK YOU.

Date: May 27th, 2021

Signed: _____

*Pro Se Disabled Plaintiff - Melvin Jones Jr.*

Case 21-15730     Document 410-14     Filed 05/26/2021     Page 6

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

---

## notice [per my Conversations with Colleen Connors - my informal caregiver] of INTENDED MOTION IN LIMINE to exclude ALL "information" as to --- Bone Scan Objection --- #21-cv-10937

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                              Tue, May 25, 2021 at 12:37 AM
To: MIEDdb_Efile_Levy <efile_levy@mied.uscourts.gov>, leslie_calhoun@mied.uscourts.gov, hunter@napolilaw.com, rwalker@levylaw.com, Flint Bone Testing Center <FlintTestingCalendar@napolilaw.com>, "Cc: Patrick Lanciotti" <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityoflint.com>, wkim@cityoflint.com, bergf@butzel.com, klein@butzel.com, Flint Mayor <mayor@cityoflint.com>, "Cc: Stern, Corey" <cstern@levylaw.com>, "Cc: Colleen Connors" <cmcolleen4@gmail.com>, flint@napolilaw.com, FlintTeam <FlintTeam@napolilaw.com>, Michigan Attorney General <miag@michigan.gov>, Flint Team-3 <FlintTeam3@napolilaw.com>, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, "Alaina N." <adevine@campbell-trial-lawyers.com>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Blessedami97@yahoo.com, mel jones <meljr777@yahoo.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, tleopold@cohenmilstein.com, smorrissey@susmangodfrey.com, mpitt@pittlawpc.com, peretz@bgandg.com, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, mel jones jr <meljonesjr@gmail.com>, ted.frank@hlli.org, frank.bednarz@hlli.org, Mike_Lang@mied.uscourts.gov
Cc: Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

*May 24th, 2021.....*
*NOTICE of:*
<u>*upcoming Motion in Limine to exclude any and*</u>
<u>*all "bone lead information and "alleged""" test*</u>
<u>*results from the 1st and 2nd phase of the*</u>
<u>*Flint Water Crisis lawsuits and/ or*</u>
<u>*Settlements*</u>*;*
*1.) bone scone does NOT [without] undue*
*prejudice indicate EXACTLY how, when and*
*from WHAT source the subjects "lead" levels*
*have [allegedly] increased,*

2.) alleged bone lead level CAN be easily manipulated by the subject in that OTHER lead sources are READILY available,

3.) Bone Scan procedure by Napoli Lawfirm and Corey Stern ASSUMES facts NOT in evidence {i.e direct evidence link to "lead from the Flint Water Treatment Plant" as opposed to a MULTITUDE of other lead sources},

4.) Said bone scan procedure unfairly and overly prejudicially minimizes ACTUAL lead exposure damage to children and adults,

5.) said Bone Lead procedure ...should for example, as a basis to support ACTUAL harm to adults... look for [for instance] IF said adults are ABLE to safely operate an automobile.... which [if there is NO "medical suspension" of Michigan State Drivers License].... HOW is the Court supposed to

Case 2:14-5590   Document 110-14   Filed 05/27/2021   Page 3

RELIABLY infer significant degradation of 'cognitive - ability' ?

Respectfully submitted,
/s/
Melvin Jones Jr.

 Gmail

Mel jones jr <meljonesjr@gmail.com>

**In short ---- I, Melvin Jones Jr., am made sad by what I sincerely believe is Corey Stern's misguided (at best) Law Suit against Wells Fargo and other Banks.... because such SEEMS to disallow proper investment in historically Black Cities (e.g. such as the City of Flint) !!!**
1 message

**Mel jones jr** <meljonesjr@gmail.com>                                        Mon, May 24, 2021 at 2:40 PM
To: MIEDdb_Efile_Levy <efile_levy@mied.uscourts.gov>, leslie_calhoun@mied.uscourts.gov, hunter@napolilaw.com, rwalker@levylaw.com, Flint Bone Testing Center <FlintTestingCalendar@napolilaw.com>, "Cc: Patrick Lanciotti" <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, "Cc: Stern, Corey" <cstern@levylaw.com>, "Cc: Colleen Connors" <cmcolleen4@gmail.com>, flint@napolilaw.com, FlintTeam <FlintTeam@napolilaw.com>, Michigan Attorney General <miag@michigan.gov>, Flint Team-3 <FlintTeam3@napolilaw.com>, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, "Alaina N." <adevine@campbell-trial-lawyers.com>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Blessedami97@yahoo.com, mel jones <meljr777@yahoo.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, tleopold@cohenmilstein.com, smorrissey@susmangodfrey.com, mpitt@pittlawpc.com, peretz@bgandg.com, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, mel jones jr <meljonesjr@gmail.com>, ted.frank@hlli.org, frank.bednarz@hlli.org, Mike_Lang@mied.uscourts.gov
Cc: Colleen Connors <cmcolleen4@gmail.com>, Mike_Lang@mied.uscourts.gov

# Please see the attached news article.....

On Mon, May 24, 2021 at 9:49 AM Mel jones jr <meljonesjr@gmail.com> wrote:

*It has occurred to me that Attorney Corey Stern is NOT from California.... and as I recall .... Wells Fargo Bank originated in California (i.e. see for example the season 1 episode which depicts such).*
*Respectfully Submitted.*
*"Tales of Wells Fargo"  --- season 1 - episode 1*

https://www.youtube.com/watch?v=mnTma65aJXE

📄 **Wells Fargo Completes Investments in 13 Black-Owned Banks, Fulfilling $50 Million Pledge Made in 2020.pdf**
489K

5/24/2021     Wells Fargo Completes Investments in 13 Black-Owned Banks, Fulfilling $50 Million Pledge Made in 2020     (15 of 36)

Case: 21-1530   Document: 40-4   Filed: 06/25/2021   Page: 16

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MORE...     Try it free

yahoo!finance     Search for news, symbols or companies     Sign in    Mail

ASOS
ASOS

(•) U.S. markets close in 1 hour 25 minutes

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil |
|---|---|---|---|---|
| 4,208.28 | 34,462.09 | 13,699.84 | 2,229.72 | 65.89 |
| +52.42 (+1.26%) | +254.25 (+0.74%) | +228.84 (+1.70%) | +14.45 (+0.65%) | +2.31 (+3.63%) |



businesswire

# Wells Fargo Completes Investments in 13 Black-Owned Banks, Fulfilling $50 Million Pledge Made in 2020

Mon, May 24, 2021, 8:30 AM · 5 min read

WFC  +1.08%

Wells Fargo & Company (NYSE: WFC) today announced it has finalized investments in two additional African American Minority Depository Institutions (MDIs): **The Harbor Bank of Maryland** and **Industrial Bank** of Washington, D.C. By making these last two equity capital investments, the company has made investments in a total of 13 MDIs and has fulfilled the bank's March 10, 2020, announcement to commit $50 million to Black-owned banks in communities across the country.

This press release features multimedia. View the full release here:

https://www.businesswire.com/news/home/20210524005139/en/



ASOS
ASOS

Quote Lookup

Related Quotes

5/24/2021                    Wells Fargo completes investments in 13 Black-owned banks, following $50 million pledge made in 2020                    (16 of 36)

Case: 21-1530     Document: 40-4     Filed: 06/25/2021     Page: 16

- ADVERTISEMENT -



HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MORE...                    Try it free

yahoo! finance

[Search for news, symbols or companies]    Sign in    Mail

### TRENDING

1. **Here is one big inflation risk not many people are thinking about**

2. **Merkel Says Minsk's Explanations Aren't Credible: Belarus Update**

3. **U.S. administers nearly 287 mln doses of COVID-19 vaccines - CDC**

4. **Shell to sell interest in Deer Park refinery to partner Pemex**

5. **Stocks Climb as Inflation Fears Ebb; Bitcoin Jumps: Markets Wrap**

"We are pleased to announce our investments in the Harbor Bank of Maryland and Industrial Bank, bringing the total number of MDIs in which we've made an investment to 13. We are a proud partner to all these banks as each serves as a cornerstone to the communities they serve," said Gigi Dixon, head of External Engagement for Diverse Segments, Representation and Inclusion at Wells Fargo. "The way we've structured this program goes beyond a simple capital investment; we've worked to understand these MDIs, their needs, their strategic aspirations, and their challenges. We want to help them grow so they can continue to be important drivers of economic vitality for years to come."

As part of the investment, Wells Fargo is offering access to a dedicated relationship team that can work with each MDI on financial, technological, and product development strategies to help each institution strengthen and grow. In addition, Wells Fargo will be making its nationwide ATM network available for customers of these 13 MDIs to use without incurring fees.

"Honoring our 86+ year commitment of educating and helping our communities build generational wealth, Industrial Bank is excited to partner with Wells Fargo in expanding these efforts," said B. Doyle Mitchell, Jr., president and CEO of Industrial Bank. "Being one of only 20 African American banks in the country, this partnership will enhance our ability to grow and create more opportunities to provide capital to those communities we support. We appreciate Wells Fargo for its commitment to invest in minority institutions and partnering to alleviate the negative impact of financial

RECEIVED
05/27/2021
DEBORAH S. HUNT, Clerk

*Melvin Jones Jr - Disabled Pro Se Plaintiff*

*1935 Hosler St - Flint, Michigan 48503   ----   Ph #810-962-6225*

*Email: meljonesjr@gmail.com*

*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN*

## CASE # 2:21-cv-10937

## Transferred to Judge Levy

**Disabled Pro Se Plaintiff Jones' Motion in Limine to EXCLUDE any and all testimony, "test results" and reports and or studies as to the "BONE LEAD SCAN" re: Napoli Lawfirm and attorney STERN:**

**Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD, and The State of Michigan, Hamilton Lincoln Law Institute (Cntr. for Class Action Fairness), Dr. Mona Attisha, and Dr.  Lawrence Reynolds, and VEOLIA NORTH ---- Plaintiffs**

**v.**

**NAPOLI LAWFIRM, attorney Patrick Lanciotti and attorney Hunter and Attorney Corey Stern -- Defendants**

-------------------------------------------------------------------------------------------------------

# Jones' MOTION in Limine:

**<u>Motion in Limine to exclude any and all "bone lead information and "alleged"" test results from the 1st and 2nd phase of the Flint Water Crisis lawsuits and/ or Settlements:</u>**

1.) bone scone does NOT [without] undue prejudice indicate EXACTLY how, when and from WHAT source the subjects "lead" levels have [allegedly] increased,

2.) alleged bone lead level CAN be easily manipulated by the subject in that OTHER lead sources are READILY available,

3.) Bone Scan procedure by Napoli Lawfirm and Corey Stern ASSUMES facts NOT in evidence {i.e direct evidence link to "lead from the Flint Water Treatment Plant" as opposed to a MULTITUDE of other lead sources},

4.) Said bone scan procedure unfairly and overly prejudicially minimizes ACTUAL lead exposure damage to children and adults,

5.) said Bone Lead procedure ...should for example, as a basis to support ACTUAL harm to adults... look for [for instance] IF said adults are ABLE to safely operate an automobile.... which [if there is NO "medical suspension" of Michigan State Drivers License].... HOW is the Court supposed to RELIABLY infer significant degradation of 'cognitive - ability' ?

6.) said "BONE SCAN" procedure calls for [prejudicial speculation],

7.) said BONE LEAD procedure is OVERLY CONFUSING, introduces matter which has the actual probative value as to amount to a RED-HERRING, has NO legitimacy in establishing CREDIBILITY of any of the subjects, and instead

DOES IN FACT for the reasons stated above PRODUCE FALSE POSITIVE READINGS [and] FALSE NEGATIVE READINGS.,

8.) said BONE SCAN procedure…. UNJUSTLY ENRICHES attorney Ster, Hunter, Lanciotti and Napoli Law Firm, at the undue expense of persons such as myself {i.e. Melvin Jones Jr}.,

9.) Said BONE SCAN procedure and alleged results therefrom are ARGUMENTATIVE, and are NOT, is NOT best evidence, and thus LACKS proper relevance; and calls for speculation.

Respectfully submitted,   THANK YOU.

Date: May 27th, 2021

Signed: _____

     Pro Se Disabled Plaintiff - Melvin Jones Jr.

**RECEIVED**
05/27/2021
DEBORAH S. HUNT, Clerk

*Melvin Jones Jr - Pro Se Plaintiff     1935 Hosler St - Flint, Michigan 48503*

*Ph #810-962-6225        Email: meljonesjr@gmail.com*


*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN*

*CASE # 2:21-cv-10937*

*Related case # 16 - 10444*

*Transferred to District Court Judge Levey*



***Disabled Pro Se Plaintiff Jones' OBJECTION to the use as "evidence" for settlement [and/ or] evidentiary support due to such being violative of JONES' Michigan State Constitutional Rights:***

*Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD, and The State of Michigan , Hamilton Lincoln Law Institute (Cntr. for Class Action Fairness), Dr. Mona Attisha, and Dr.  Lawrence Reynolds, and VEOLIA NORTH ---- Plaintiffs*

*v.*

*NAPOLI LAWFIRM, and Attorney Corey Stern, Attorney Hunter and Attorney Lanciotti  ---- Defendants*

*– – – – – – – – – – – – – – – – – – – – – – – – – – – –*

# *JONES' OBJECTION:*

_____*NOTE: please see the two (2) attachments affixed hereto which are incorporated herein by reference.   And, after speaking with Colleen Connors (e.g. my informal caregiver)..... I feel as a disabled person per Michigan State Law (e.g. whom is also a BLACK AFRICAN AMERICAN HUMAN)... I MUST object to Napoli Law firm, Attorney Hunter, Lanciotti and Stern's proffering as evidence – – – – ANY and ALL "opinions" and/ or alleged "results" as to the "Bone Scans" put upon the residents of the City of Flint, because:*

*1.)   such is discriminatory against me because I would not subject myself to what would amount to Michigan State Sanctioned "IN–HUMAN" unwanted bodily invasion for POTENTIAL monetary profit[s],*

*2.)   such wrongfully DEPRIVES me of my equal rights under the law as a Disabled Black Citizen of the State of Michigan NOT*

*to be subjected to ...what amounts to UNNEEDED – EXPLORATORY "information" gathering of my DNA, MOLECULAR BONE MATTER, and/ or EXPOSURE TO [potential] ATOMIC induced rays (of any kind),*

*3.)   such is patently unreliable because it AMOUNTS to unverifiable HEAR–SAY.... Whereby NAPOLI LAW FIRM, attorney HUNTER, LANCIOTTI and STERN are NOW essentially testifying AS PARTIES here, whereby SUCH is NOT allowed per the Master/ Global Settlement Agreement,*

*4.)   such is directly VIOLATIVE of the MASTER/ GLOBAL SETTLEMENT AGREEMENT.... Because said "bone scans" wrongly deprives me of my FREEDOM of choice over my own body... at the expense of me NOT getting money for having done so.*

**5.)   such wrongly INJECTS Phd. Speckt in the roll of a PARTY in this matter and as such is violative of the Master Settlement Agreement,**

**6.)   such is NOT readily VERIFIABLE (e.g. by an ethical disinterested "REAL MEDICAL DOCTOR" such as Dr. Attisha or Dr. Lawrence..... Because said REAL MEDICAL DOCTORS would NEVER perform said"bone scans" using the said industrial metal detector device ON HUMANS,**

**7.)   such is – – – – unduly SUBJECT to being "rigged" for the benefit of Napoli Law Firm and Attorney Corey Stern.... Because NO ONE from the FDA oversaw the "bone scan process".**

Respectfully Submitted.    Date: May 27th, 2021

signed : ...............................................................................................

Melvin Jones Jr. - Disabled Black African American Pro Se Plaintiff



Mel jones jr <meljonesjr@gmail.com>

---

## The is welcomed good news indeed !!! Now.... maybe Attorney Lanciotti will voluntarily provide an AFFIDAVIT of our conversation.... so as not to waste the Court's time with a formal motion for such ?

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                 Mon, May 24, 2021 at 5:13 PM
To: MIEDdb_Efile_Levy <efile_levy@mied.uscourts.gov>, leslie_calhoun@mied.uscourts.gov, hunter@napolilaw.com, rwalker@levylaw.com, Flint Bone Testing Center <FlintTestingCalendar@napolilaw.com>, "Cc: Patrick Lanciotti" <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com, klein@butzel.com, Flint Mayor <mayor@cityflint.com>, "Cc: Stern, Corey" <cstern@levylaw.com>, "Cc: Colleen Connors" <cmcolleen4@gmail.com>, flint@napolilaw.com, FlintTeam <FlintTeam@napolilaw.com>, Michigan Attorney General <miag@michigan.gov>, Flint Team-3 <FlintTeam3@napolilaw.com>, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, "Alaina N." <adevine@campbell-trial-lawyers.com>, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius <smikalonis@plunkettcooney.com>, wayne.mason@faegredrinker.com, Blessedami97@yahoo.com, mel jones <meljr777@yahoo.com>, "Mel Jones Jr." <midcenturyatfirst@gmail.com>, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, tleopold@cohenmilstein.com, smorrissey@susmangodfrey.com, mpitt@pittlawpc.com, peretz@bgandg.com, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11 <robinsonr11@michigan.gov>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, mel jones jr <meljonesjr@gmail.com>, ted.frank@hlli.org, frank.bednarz@hlli.org, Mike_Lang@mied.uscourts.gov
Cc: Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

---

 **Former Flint water consultant joins in calling bone lead tests unreliable - mlive.com.pdf**
258K



Subscribe

Accurate. Immediate. Essential. Subscribe today for news you need now.

SUBSCRIBER EXCLUSIVE ⊙━

# Former Flint water consultant joins in calling bone lead tests unreliable

Updated 4:48 PM; Today 4:48 PM



Mayor Dayne Walling takes notes during a news conference on Tuesday, Feb. 10, 2015 at City Hall in Flint. Flint's city officials have hired Veolia Water North America as a water consultant to aid in improving Flint water quality issues, paying $40,000 to the company that will make recommendations in two weeks. (Jake May | MLive.com)  Jake May | MLive.com

By Ron Fonger | rfonger1@mlive.com

FLINT, MI -- One of the world's largest utility companies and a former water consultant to the city of Flint wants a federal court judge to exclude the testimony of a doctor who has overseen bone testing here, saying the devices used by Dr. Aaron Specht are unreliable for measuring lead exposure.

Veolia North America, which has declined to join the state of Michigan and others in settling lawsuits filed on behalf of Flint residents who claim they were harmed by city water, filed the motion in U.S. District Court this month, the most recent objection to a controversial method of testing of Flint residents' bones using portable x-ray fluorescence devices.

Advertisement

"Dr. Specht and his colleagues purchased pXRF devices that are normally used for mining exploration, soil analysis, and consumer goods testing, and then modified both the devices and their software to use them to measure lead in bones ...," a part of the 56-page motion says. "The bone lead measurements and Dr. Specht's opinions about them should be excluded because they are unreliable and unhelpful."

Veolia is one of the remaining defendants in lawsuits filed in state and federal courts by attorneys for residents and others who claim they were harmed after the city used the Flint River as its drinking water source in parts of 2014 and 2015.

After the switch, Flint's water showed elevated levels of lead, bacteria, and chlorination byproducts.

Worries about the safety of city water prompted Flint officials to hire Veolia in February 2015, paying $40,000 for a "top down assessment" of city water.

The company has so far refused to join the state, city of Flint, McLaren Regional Medical Center, and Rowe Professional Services, each of which has agreed to pay a collective $641 million to settle the civil lawsuits against them and their employees.

Because Veolia hasn't settled the cases against it, it is on track to eventually contest them at trial as are the U.S. Environmental Protection Agency and companies involved in a bond sale that allowed Flint to buy into the Karengondi Water Authority rather than stay with what became the Great Lakes Water Authority.

VNA has previously told MLive-The Flint Journal that its scope of work in Flint was limited and that it's been unfairly targeted as "a corporate villain where one does not exist."

The company has said it was only hired by the city to assess bacteria and chlorine compounds in Flint's water supply, not lead, but that it nevertheless warned city officials about the possibility of lead contamination.

MLive and The Guardian reported in December 2019 that email exchanges in February 2015 between executives at Veolia and a city contractor at the time, showed some senior employees were aware that lead from the city's pipes could be leeching into drinking water, but the company never made that recommendation public.

At the time, Veolia was exploring other lucrative contracts with the city.

Bone lead testing as overseen by Specht was already under fire in Flint because of limited availability and questions about its safety and effectiveness in measuring exposure to lead.

Flint medical doctors Mona Hanna-Attisha and Lawrence Reynolds have been critical of the testing, and Flint attorney Val Washington protested after attorneys involved in drafting the settlement agreement, which included greater payments to those who could demonstrate lead exposure, advertised for clients based in part on having primary access to the portable bone scanning equipment.

Hunter Shkolnik, whose law firm established the testing program, said in an email to MLive-The Flint Journal Monday, May 24, that Veolia is among engineering companies that have sought to preclude testimony from every expert witness proposed by attorneys for city residents, amounting to a waste of money and court time.

"To be clear in the coming weeks there will be extensive support in the form of declarations and research studies in opposition to the baseless claims made in the motions and further supporting that bone lead testing as utilized in the Flint water

litigation is safe and a valuable tool for the purposes of establishing lead exposure," Shkolnik's statement says.

Hanna-Attisha, the pediatrician who helped blow the whistle on elevated blood levels in Flint children in 2015, told The Journal in March that she has advised against the use of portable bone scanning devices because they were not designed for human testing, because of the potential unknown harm it may cause and because "it will not capture historic exposure" suffered by Flint children.

Reynolds, a health advisor to Flint Mayor Sheldon Neeley, filed his objections to the pending water crisis settlement and its reliance on the pXRF in federal court, calling the bone testing "a human rights violation ... the Tuskegee experiment all over again."

Veolia's motion says Specht received a bachelor's degree in physics in 2012 and a doctorate in medical physics in 2016, both from Purdue University.

It claims Specht's report and opinions should be excluded because the pXRF devices used in Flint "have not been shown to accurately measure bone lead levels in children," that the doctor's opinions regarding the significance of bone lead measurements are unreliable, and that the tests can not trace bone lead to particular sources.

**Read more on MLive:**

**Flint pediatrician who blew the whistle on water crisis won't recommend bone scans for kids**

**Flint mayor's health advisor calls water settlement bone lead testing 'a human rights violation'**

**Firm knew about lead in Flint's water but didn't warn public, emails show**

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

---

# Around the web



Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 5/1/2021).

Cookies Settings

© 2021 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written

**Pro Se Disabled Appellant Melvin Jones Jr.'s ISSUED RAISED ON APPEAL:**

1.) Denovo Review is required as to Jones' disability accommodation and communication emails with District Court Pro Se facilitator Richard Loury [i.e. to include Jones (due to ECF Doc #80)] NOT being able to {i.e. being in fear of possible violation of ECf Doc #80}.... Jones thereby NOT being able to reach out in response to Mr. Loury's email received on Wednesday May 26th, 2021, as to if Jones had ANY procedural questions as to [his] filing of 6th Cir. notice of Appeal w.r.t. IPF matters and such,

2.) Denovo Review is required as to THE Flint Water Crisis BONE-SCAM matter,

3.) Denovo Review is Required as to The District Court in # 21-cv-10937 should have allowed Jones to AMEND his complaint... due to Jones' DILIGENT EFFORT to adhere to and meet the Honorable Judge Tarnow's order for a more definitive statement {e.g. which was due by June 18th, 2021 --- which is to say Jones was WAY EARLIER in his earnest attempt to meet said order}, and

4.) The attorney Defendants (e.g. Stern, Lanciotti, Hunter and Napoli Law Firm) violated Jones' Federal ADA )Americans with Disability Act Rights

as to formation of the ORIGINAL RETAINER AGREEMENT, Withdraw- Letter, and Bone Scan Appointment (e.g. AND failure to disclose the actual nature of the "BONE SCAN" RESEARCH - PROJECT" [and] wrongful abandonment of Disabled Jones as a client [which includes causes PREJUDICE to Jones and failing to properly seek and obtain the District Courts proper authorization of termination of attorney relationship with Disabled Jones) --- and thereby said attorneys [most likely] ALSO violated Michigan State attorney professional and ethical conduct protocols,

5.) The Attorney Defendants... RESULTANTLY (wrongfully {at a bare minimum}.... Deprived Jones of [his] Federal Fair Housing Rights because said attorney defendants' conduct against Disabled Jones does and did adversely affect [and] INTERFERE with Jones' USE and ENJOYMENT of his home in the City of Flint (i.e. 1935 Hosler St - Flint, Michigan 48503)... on account of Jones being a disabled and/ or a Disabled Black African American person as defined by the Fair Housing Act.

6.) Denvo Review is required as to the VARIOUS Michigan State Constitutional Issues presented by

Jones in the District Court (i.e. in civil case #
21-cv-10937),

7.)   Denovo Review is required as to the District
Courts WRONGFUL "parallel-companion linking
of Jones, et al v. Michigan Department of Civil
Rights" WITH Jones' CURRENT  civil case which
ACTUALLY relates to the Flint Water Crisis Case #
16-cv-10444.... And in so doing [at a bare
minimum] implicates that IF there was a Pro Se
Facilitator [AT THAT TIME of the Judge BATTANI
MATTER].... Which is to say, a HELPFUL and
COURTEOUS Pro Se Facilitator such as District
Court Pro Se Facilitator Richard Loury (for
example) AND REMOTE hearings VIA ZOOM, the
the PRO SE UPLOAD document feature....then
NEITHER Judge Battani NOR Magistrate Patti
would have had cause to dismiss the [wrongfully
referenced case by Judge Levy... e.g. Jones et. al v.
Michigan Dept. of Civil Rights, et al].



Date: May 27th, 2021

Melvin Jones Jr. - Pro Se Disabled APPELLANT - Plaintiff

RECEIVED
05/27/2021
DEBORAH S. HUNT, Clerk

# *Appeal Issue #14:*

   The "bone scan" procedure put upon the unsuspecting residents of Flint, Michigan {i.e. the majority of who are poor, Black African Americans [e.g. which was attempted to be carried out on Appellant Melvin Jones Jr., who is also Black African American, poor and Disabled…. and as a result Jonessuffers HARM and Damages caused} by attorney defendants - Attorney Stern, Lanciotti, Hunter and Napoli Law Firm…. UNDISCLOSED INHUMANE RESEARCH….. See for Example (and article affixed hereto VIEWED with the record in civil - case # 21-cv-10937):

# Bone Lead Testing Facility

The Mount Sinai Bone Lead Testing Facility is one of the country's leading centers providing a specialized technique for measuring long-term lead exposure. It is located in the Department of Environmental Medicine and Public Health, Icahn School of Medicine at Mount Sinai in New York City.

Primarily for research, *in vivo,* non-invasive, human bone-lead levels are measured with a technique called X-Ray Fluorescence that is both developed and used here.

Volunteer subjects are measured for federally funded research studies. Also measured are people who are referred to us by physicians because they have symptoms of lead toxicity or because the physician is concerned about lead exposure the patient may have suffered in the past. In the absence of documented exposure, the information obtained from bone-lead measurements can provide evidence of historical lead exposure.

# Our Mission

Our mission is to learn about the associations between the amount of lead in our bodies and its effects on our health.



# Meet the Director

Professor Andrew C. Todd measures lead in bone to assess cumulative lead exposure; directs the Insulators' Tissue Bank, an asbestos-related disease research biorepository he developed for the Heat and Frost Insulators & Allied Workers union; and directs the World Trade Center Health Program General Responder Data Center at Mount Sinai that manages WTCHP data for over 45,000 general responders involved in the rescue and recovery efforts that followed the attacks on 9/11.

Professor Todd holds a PhD in Physics from The University of Birmingham in England. He is a Research Professor in the Department of Environmental Medicine and Public Health at the Icahn School of Medicine at Mount Sinai, where he has been a faculty member since 1992. He was formerly a Visiting Professor at The University of Maryland (Baltimore),

Program in Toxicology, and he remains an Adjunct Associate Professor at the Johns Hopkins University, Bloomberg School of Public Health.

Professor Todd has been the Principal Investigator of numerous NIH-funded studies and a co-investigator on many others. His research has centered on both the development of *in vivo* bone lead measurements for the assessment of long-term lead exposure and on the application of those techniques to studies of human health. This work has been performed across the US and in several countries around the world, resulting in nearly 200 peer-reviewed publications.

Professor Todd has reviewed for the National Institutes of Health and the American Public Health Association, and for *Environmental Research*, *Environmental Health Perspectives*, *JAMA* (*Journal of the American Medical Association*), *Medical Physics* and *Physics in Medicine and Biology*. He is a Contributing Editor to the *American Journal of Industrial Medicine*.

In the aftermath of the WTC attacks, Professor Todd led all non-medical aspects of the provision of medical evaluation and subsequent treatment of WTC rescue and recovery workers. His compelling application to site the WTC General Responder Data Center at Mount Sinai was awarded in 2004. Professor Todd is currently the Director of this Center at Mount Sinai.

Professor Todd also developed, obtained funding for and now directs a North American tissue collection effort for lung cancer and mesothelioma from asbestos-exposed workers and their families.

Source:
https://labs.icahn.mssm.edu/toddlab/